# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

GARY T. WASHINGTON, Register No. 190588, )
                                       Plaintiff,     )
                                             v.                   )     No. 05-4408-CV-C-SOW
EMERSON McGUIRE, et al.,         )
                                       Defendants.   )

## ORDER

On January 17, 2006, the United States Magistrate Judge recommended that plaintiff's claims against the Police Department of the City of Columbia, Missouri, be dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's January 17, 2006, Report and Recommendation is adopted [5]. It is further

ORDERED that plaintiff's claims against the Police Department of the City of Columbia, Missouri, are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

                                                           /s/Scott O. Wright
                                                           SCOTT O. WRIGHT
                                                           Senior United States District Judge

Dated: March 16, 2006